

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CHB

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 14, 2012

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Kissone Frederick
             Criminal Docket No. 09-258 (KAM)

Dear Judge Matsumoto:

      The government writes in response to the defendant's June 13, 2012 letter. The Court correctly observed in its recent order that a seven-year sentence on Count Three was appropriate because Frederick did not simply use the firearm during the attempted robbery of the cell phone store but affirmatively "display[ed] all ... of the firearm, ... in order to intimidate" the store's employee. 18 U.S.C. § 924(c)(4); see June 5, 2012 Order at 7; see also June 4, 2010 Order on First Rule 33 Motion at 6 (discussing evidence of brandishing at trial); Trial Testimony of Kersha Ellis at 134 ("Q: Was there anything in particular about the fact that the individual took the gun out on the street that gave you concern? A: I was like he's crazy, he's coming to get me so I went -- I went running."); Dean v. United States, 556 U.S. 568, 572-73 (2009) (discussing brandishing); Harris v. United States, 536 U.S. 545, 552-569 (2002)(holding that brandishing is sentencing factor to be found by court).

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                    By:        /s/
                                      Carter H. Burwell
                                      Assistant U.S. Attorney
                                      (718) 254-6313

cc:        Joyce London, Esq.  (by email)